**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JAY GINSBURG,

    Plaintiff,

v.                                                       Case No: 5:22-cv-244-JSM-PRL

COREPLUS FEDERAL CREDIT
UNION,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal with Prejudice as to Defendant Coreplus Federal Credit Union (Dkt. 43). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to Coreplus Federal Credit Union, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of February, 2023.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record